

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN     AUSTIN 11, TEXAS

J███████████████████
   ATTORNEY GENERAL

Honorable Herbert C. Martin
District Attorney
Littlefield, Texas

Dear Sir:                              Opinion No. 0-3886
                                       Whether lots purchased by a
                                       city under Section 9 of
                                       Article 7345b, V.A.C.S.,
                                       may be sold for less than
                                       the amount of judgment
                                       against the same.

          In your letter of August 21, 1941, you advise that
the city of Olton, as a taxing unit, purchased a number of
lots situated in said city for the use and benefit of itself
and other taxing units which were parties to such suit, in a
proceeding under Article 7345b, Vernon's Annotated Civil
Statutes. The other taxing units which were parties to said
suit were the State and county and an independent school dis-
trict. It is assumed that two and a half years have not passed
since the sale at which the city bought the lots. You request
our opinion as to whether or not the said city of Olton may now
sell said lots for an amount less than the amount of the judg-
ments rendered against the property in said suit.

          Under the provisions of Sections 8 and 9 of said
Article 7345b a taxing unit party to the foreclosure suit
may purchase the property foreclosed upon. In the event such
property is bought by one of the taxing units, such unit
purchases the same for the use and benefit of itself and all
other taxing units which are parties to the suit and which have
been adjudged in said suit to have tax liens against the
property. Nowhere in the statute is there an absolute prohibi-
tion against the sale of such property by the purchasing unit.
On the other hand, by clear implication, such a unit may sell
the property thus acquired, subject to certain restrictions
contained in the act. It is provided that the purchasing unit
may not sell any such property for less than the adjudged
value or the total amount of judgments awarded in said suit
against the property, whichever is lower, without the written
consent of all taxing units which obtained judgments fixing
their tax liens against the property foreclosed upon in said
suit. It is our opinion that the said city of Olton may sell

said property for an amount less than the total recoveries allowed in said suit against the same, with the consent of the State and county and the independent school district. Consent in behalf of the State may be given by the county tax collector. If there was an adjudged value, and the amount for which the property is sold exceeds such adjudged value, sale may be made by the city without obtaining the consent of the other units.

APPROVED SEP 8, 1941                    Yours very truly

/s/ Grover Sellers                      ATTORNEY GENERAL OF TEXAS

FIRST ASSISTANT ATTORNEY GENERAL

GRL:WFS-dhs                             By /s/ Glenn R. Lewis
                                             Glenn R. Lewis
                                                  Assistant

APPROVED OPINION COMMITTEE
BY /s/ B. W. B.
CHAIRMAN